JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTHONY SPOSATO,

     Plaintiff,

v.

MONA HOUSTON, Warden, et al.,

     Defendants.

Case No. 5:20-cv-00835-SVW-KES

**JUDGMENT**

     Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

     IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.

DATED:   October 21, 2020

     STEPHEN V. WILSON
     UNITED STATES DISTRICT JUDGE